IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PERSONNA WALKER, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-83(HL) |
| | * |
| JEANA BEELAND, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 21, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 21st day of December, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk